Hon. Marsha J. Pechman

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMERICAN STRATEGIC INSURANCE CORP., as subrogee of JENNIFER MCALEER,<br><br>Plaintiff,<br><br>v.<br><br>NW SUNDANCE SERVICES, INC.,<br><br>Defendant. | CASE NO. 2:21-cv-00368-MJP<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE EXPERT DISCLOSURE AND ISSUE AN AMENDED CASE SCHEDULE**<br><br>NOTE ON MOTION CALENDAR:<br>October 6, 2021 |

## **ORDER**

This matter having come before the Court on Stipulation of the undersigned parties to continue the expert report deadline and issue an amended case schedule, the Court being fully advised in the premises, and NOW, THEREFORE,

**It is HEREBY ORDERED, ADJUDGED AND DECREED** that the current disclosure of expert testimony deadline of October 12, 2021 is hereby stricken and reset for October 24, 2021. Other than this change in the expert testimony deadline, the existing case schedule remains unchanged. The amended case schedule is ordered as follows:

| | |
|---|---|
| TEN DAY jury **TRIAL** set for 9:00 a.m. on | May 9, 2022 |
| **Disclosure of expert testimony under FRCP 26(a)(2)** | **October 24, 2021** |

ORDER GRANTING STIPULATED MOTION TO CONTINUE EXPERT DISCLOSURE AND ISSUE AN AMENDED CASE SCHEDULE - 1
2:21-cv-368-MJP

LORBER, GREENFIELD & POLITO, LLP
11811 NE 1st Street, Suite 201
Bellevue, WA 98005
Telephone (206) 832-4900

| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | November 10, 2021 |
|---|---|
| Discovery COMPLETED by | December 10, 2021 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR 7(d))<br><br>Counsel are reminded of the requirements to provide courtesy copies of any motion with exhibits or other attachments exceeding 50 pages. Compliance with this requirement will facilitate timely consideration of your motion. | January 10, 2022 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference. | April 4, 2022 |
| Agreed pretrial order FILED with the court by | April 26, 2022 |
| Trial brief, proposed voir dire & jury instruction due | April 26, 2022 |
| Pretrial Conference will be HELD at 1:30 p.m. | April 28, 2022 |
| Length of Jury Trial | 8-10 days |

IT IS SO ORDERED THIS 6th day of October 2021

_____
The Honorable Marsha J. Pechman
United States Senior District Judge

**Presented by:**
LORBER, GREENFIELD & POLITO, LLP

By:_____
Katie L. Smith, WSBA #39448
Attorneys for Defendant
NW SUNDANCE SYSTEMS, INC.

WHITE & WILLIAMS

       /s/ Michael L. DeBona
By:_____
Michael L. DeBona WSBA #312334
Attorney for Plaintiff AMERICAN STRATEGIC INSURANCE CORP., as subrogee of JENNIFER MCALEER

**ORDER GRANTING STIPULATED MOTION TO CONTINUE EXPERT DISCLOSURE AND ISSUE AN AMENDED CASE SCHEDULE** - 2
2:21-cv-368-MJP