UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN STRATEGIC INSURANCE CORP, <br><br>                    Plaintiff, <br><br> v. <br><br> NW SUNDANCE SERVICES INC, <br><br>                    Defendant. | CASE NO. C21-368 MJP <br><br> ORDER ON STIPULATED MOTION TO CONTINUE |

This matter comes before the Court on the Parties' Stipulated Motion to Continue the Trial Date and Amend the Case Schedule. (Dkt. No. 20.) Having reviewed the Motion and the relevant portions of the record, the Court GRANTS in part and DENIES in part the Motion.

The Court finds limited good cause under Rule 16(b)(4) to extend portions of the existing case schedule. The parties have identified the need to take additional depositions beyond the existing discovery deadline of December 10, 2021 and ask for a new trial date and an extension of all remaining case deadlines by 60 days. The Court is not convinced that there is good cause

to extend the trial date and all case deadlines as requested. This matter does not appear to involve complex factual issues—it concerns a toilet that overflowed and the resulting water damage. And the primary justification for the extension appears to be the change in Defendant's counsel from within the same firm that has represented it from the beginning of this lawsuit. And while the parties identify their hopes of negotiating a settlement, that does not provide good cause to extend any of the case deadlines. On this record, the Court finds that a limited extension of some of the existing case deadlines is appropriate, but that no change in the trial date is warranted. The Court therefore GRANTS in part and DENIES in part the Motion and sets the following new deadlines, while leaving all other existing deadlines and the trial date unchanged:

| | |
|---|---|
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR 7(d)) | December 17, 2021 |
| Discovery completed by | January 14, 2022 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR 7(d)). | February 7, 2022 |
| Counsel are reminded of the requirements to provide courtesy copies of any motion with exhibits or other attachments exceeding 50 pages. Compliance with this requirement will facilitate timely consideration of your motion. | |

The clerk is ordered to provide copies of this order to all counsel.

Dated December 10, 2021.

Marsha J. Pechman
United States Senior District Judge

ORDER ON STIPULATED MOTION TO CONTINUE - 2